10/23/2008 14:06 FAX 415 433 7104    ROSEN BIEN GALVAN                    ☒002
Oct-14-08    03:16am    From-BURNHAM BROWN            +510 835 6666    T-016    P.003/006    F-164

Case 3:08-cv-01190-SI-ADM Document 1    Filed 10/23/2008    Page 1 of 4

1  Sanford Jay Rosen, State Bar No. 62566
2  Maria V. Morris, State Bar No. 223903
   Lori E. Rifkin, State Bar No. 244081
3  ROSEN, BIEN & GALVAN, LLP
   315 Montgomery Street, Tenth Floor
4  San Francisco, CA 94104
   Telephone: (415) 433-6830
5  Facsimile: (415) 433-7104

6  Attorneys for Plaintiffs

7  (Additional Counsel for Plaintiffs on the following page)

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12                                          Case Nos. C 08-1190-SI, C 08-1184-SI

13 CLAUDE BRYANT, et al.,                   STIPULATION OF SUBSTITUTION
   On behalf of themselves and all employees OF COUNSEL FOR PLAINTIFFS AND
14 similarly situated,                      NOTICE OF APPEARANCE OF NEW
                                            COUNSEL
15                  Plaintiffs,

16 v.

17 SERVICE CORPORATION
   INTERNATIONAL, et al.,
18
                    Defendants.
19

20

21 WILLIAM HELM, et al. On behalf of
   themselves and all employees similarly
22 situated,
                    Plaintiffs,
23 v.

24 ALDERWOODS GROUP, INC., et al.

                   Defendants.
25

26     PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby

27 substitute one of their counsel and attorneys of record as in this matter as follows:

28 Former Counsel:    Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR    1    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

```
 1    Sanford Jay Rosen
      Maria V. Morris
 2    Lori E. Rifkin
      315 Montgomery Street, Tenth Floor
 3    San Francisco, CA 94104
      (415) 433-6830
 4
      New Counsel:    Burnham Brown
 5                    Robert M. Bodzin
                      P.O. Box 119
 6                    Oakland, California 94604-0119
                      (510) 444-6800
 7
           PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON
 8
      LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs
 9
10    DATED: October 23, 2008         ROSEN, BIEN & GALVAN, LLP
11
12                                    By _____
                                      Sanford Jay Rosen, State Bar No. 62566
13                                    Maria V. Morris, State Bar No. 223903
                                      Lori E. Rifkin, State Bar No. 244081
14
                                      315 Montgomery Street, Tenth Floor
15                                    San Francisco, CA 94104
                                      Telephone: (415) 433-6830
16
17    DATED: October 23, 2008         BURNHAM BROWN
18
19                                    By _____
                                      Robert M. Bodzin, State Bar No. 201327
20                                    P.O. Box 119
                                      Oakland, CA 94604-0119
21                                    Telephone: (510) 444-6800
22
23
24
25
26
27
28

STIP OF SUBSTITUTION OF COUNSEL FOR         2    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.
```

1  Additional Counsel for Plaintiffs

2  J. Nelson Thomas, NY Attorney No. 2579159
   Patrick J. Solomon, NY Attorney No. 2716660
3  Annette Gifford, NY Attorney No. 4105870
   DOLIN, THOMAS & SOLOMON LLP
4  693 East Avenue
   Rochester, NY 14607
5  Telephone: (585) 272-0540
   Facsimile:  (585) 272-0574
6
   Charles H. Saul, PA State Bar No. 19938
7  MARGOLIS EDELSTEIN
   525 William Penn Place, Suite 3300
8  Pittsburgh, PA 15219
   Telephone:  (412) 281-4256
9  Facsimile:   (412) 642-2380

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP OF SUBSTITUTION OF COUNSEL FOR    4    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

PURSUANT TO STIPULATION
IT IS SO ORDERED

DATED: October ___, 2008

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT