| | |
|---|---|
| 1 | STEVEN H. GURNEE, ESQ. SB# 66056 |
| 2 | DAVID M. DANIELS, ESQ. SB# 170315<br>NICHOLAS P. FORESTIERE, SB# 125118 |
| 3 | JOHN A. MASON, ESQ. SB# 166996<br>GURNEE & DANIELS LLP |
| 4 | 2240 Douglas Boulevard, Suite 150<br>Roseville, CA 95661-3805 |
| 5 | Telephone (916) 797-3100<br>Facsimile (916) 797-3131 |
| 6 | Attorneys for Defendants |
| 7 | ALDERWOODS GROUP, INC., PAUL |
| 8 | HOUSTON, SERVICE CORPORATION<br>INTERNATIONAL, SCI FUNERAL AND |
| 9 | CEMETERY PURCHASING COOPERATIVE,<br>INC., SCI EASTERN MARKET SUPPORT |
| 10 | CENTER, L.P., SCI WESTERN MARKET<br>SUPPORT CENTER, L.P. and SCI HOUSTON |
| 11 | MARKET SUPPORT CENTER, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>   Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC. et al.<br><br>   Defendants. | CASE NO. 3:08-cv-01184 SI<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND SCHEDULING MOTION TO COMPEL** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court orders as follows:

   1.   Defendants shall serve supplemental responses to Interrogatories Nos. 4-11, 14-15,

[PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
SCHEDULING MOTION TO COMPEL                                                                                                     1
Case No.: 3:08-CV-01184 SI

17-19, and 21-23 and to Document Requests Nos. 2-9, 12-13, 15-17, 19-21, as well as any other supplemental responses Defendants intend to provide, on or before January 23, 2009.

2.  Following such production, the parties will meet and confer and, no later than January 30, 2009, will submit a joint report notifying the Court either that Plaintiffs intend to file a Motion to Compel or submitting a proposal as to when the Motions to Dismiss should be heard.

3.  Should Plaintiffs elect to file a Motion to Compel, the Court will hear argument on Plaintiffs' Motion to Compel on March 20, 2009, or on such other date as the Court shall determine.

4.  Plaintiffs' Motion to Compel shall be due not less than 35 days prior to the hearing date, Defendant's opposition shall be due not less than 21 days before the hearing date, and Plaintiffs' reply shall be due not less than 14 days before the hearing date.

5.  The hearing on Defendants' Motions to Dismiss and the Further Case Management Conference, both of which are currently scheduled for February 20, 2009, shall be continued to a date to be determined at the hearing on any Motions to Compel. Hearings continued to 3/20/09

**IT IS SO ORDERED:**

_____
The Honorable Susan Illston

**AGREED TO:**

/s/ Annette Gifford                                     /s/ Nicholas P. Forestiere
Dolin, Thomas & Solomon LLP              Gurnee & Daniels LLP
693 East Avenue                                       2240 Douglas Boulevard, Suite 150
Rochester, New York 14607                    Roseville, California 95661
Telephone: (585) 272-0540                      Telephone: (916) 797-3100

Attorneys for Plaintiffs                              Attorneys for Defendant Service Corporation International

[PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
SCHEDULING MOTION TO COMPEL                                                                                  2
Case No.: 3:08-CV-01184 SI