1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

11  WILLIAM HELM, DEBORAH PRISE,           ) CASE NO.  3:08-CV-01184 SI
    HEATHER P. RADY, et al., on behalf of  )
12  themselves and all other employees and former )
    employees similarly situated,          )
13                                          ) **[PROPOSED] ORDER EXTENDING
                  Plaintiffs,              ) TIME TO SUBMIT RESPONSIVE AND
14                                          ) REPLY BRIEFING**
    v.                                     )
15                                          )
    ALDERWOODS GROUP, INC.,                )
16                                          )
                  Defendant.                )
17                                          )
                                           )
18

19       Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders

20  as follows:

21       1.   Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to

22  FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

23       2.   Defendant's reply to that motion shall be filed and served no later than **Monday,**

24  **May 24, 2010**.

25
26
27
28

[PROPOSED] ORDER EXTENDING TIME                    CASE NO.:  3:08-CV-01184 SI
                                    1

**IT IS SO ORDERED:**

Honorable Susan Illston
United States District Court

_____

**AGREED TO:**

By: /s/ Annette Gifford
    J. Nelson Thomas (*pro hac vice*)
    Patrick J. Solomon (*pro hac vice*)
    Annette Gifford (*pro hac vice*)
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs

By: /s/ John A. Mason
    Steven H. Gurnee
    Nicholas P. Forestiere
    John A. Mason
    GURNEE & DANIELS LLP
    2240 Douglas Blvd, Suite 150
    Roseville, CA 95648
    Telephone: 916-797-3100
    Facsimile: 916-797-3131

    Counsel for Defendant