BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile: (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALDERWOODS GROUP, INC., <br><br> Defendant. | CASE NO. 3:08-CV-01184 SI <br><br> **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1.      The date for the further Case Management Conference, previously set for July 30, 2010 is moved to **September 10, 2010 at 3:00 p.m.**

**IT IS SO ORDERED:**

_Susan Illston_

_____

Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: July 21, 2010

By: /s/ Sarah Cressman
_____
    J. Nelson Thomas (_pro hac vice_)
    Patrick J. Solomon (_pro hac vice_)
    Annette Gifford (_pro hac vice_)
    Sarah Cressman (_pro hac vice_)
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (_pro hac vice_)
    Liberty J. Weyandt (_pro hac vice pending_)
    Kyle T. McGee (_pro hac vice_)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs

By: /s/ John A. Mason
_____
Steven H. Gurnee
Nicholas P. Forestiere
John A. Mason
GURNEE & DANIELS LLP
2240 Douglas Blvd, Suite 150
Roseville, CA 95648
Telephone: 916-797-3100
Facsimile: 916-797-3131

Counsel for Defendant

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2

Case No.: 3:08-CV-01184 SI